

Ervin HOHENSEE, Appellant,

v.

Gene BASALYGA.

No. 18247.

United States Court of Appeals, Third Circuit.

Argued June 2, 1970.

Decided June 11, 1970.

Rehearing Denied Aug. 14, 1970.

Ervin Hohensee, pro se.

Gene Basalyga, pro se.

Before FREEDMAN, SEITZ and VAN DUSEN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

On consideration of the briefs and argument on appeal, we find no error in the order appealed from.

The order of the district court, 50 F.R.D. 230, therefore, will be affirmed.

Paul R. Meyer (argued) and Marvin S. Nepom (argued), of Kobin & Meyer, Portland, Or., for appellee.

Before CHAMBERS and MERRILL, Circuit Judges, and SWEIGERT, District Judge *.

PER CURIAM:

Upon the authority of Demich, Inc. v. Ferdon, 426 F.2d 643 (9th Cir. 1970), the order for the return of the seized films is affirmed.

Since acquiescence with our decision can, we feel, be assumed until the contrary appears, the case is remanded with instructions that the injunction against future seizures be vacated.

CHAMBERS, Circuit Judge (concurring):

This is more dirty pictures business. Obviously the police cannot be permitted to proceed in terrorem. But it would seem that a magistrate could invent a hearing to show cause why a search warrant should not issue. Then the magistrate could look at the film before issuing his warrant. Also, courts must have the necessary injunctive powers to prevent destruction or disappearance of the film by hit and run producers, assuming that a prosecution is contemplated.

Sol D. MAIZELS, Appellee,

v.

George VAN HOOMISSEN, District Attorney for Multnomah County, Oregon, Appellant.

No. 25562.

United States Court of Appeals, Ninth Circuit.

Sept. 14, 1970.

Al J. Laue (argued), Asst. Atty. Gen., Lee Johnson, Atty. Gen., Jacob B. Tanzer, Sol. Gen., Salem, Or., for appellant.

v.

Jimmy Wayne HILLSTROM, Appellant.

No. 25889.

United States Court of Appeals, Ninth Circuit.

Sept. 9, 1970.

* Honorable William T. Sweigert, United States District Judge for the Northern

District of California, sitting by designation.